

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Patricia J. Sherer, Appellant

No. 06-12-00023-CV      v.

James Ray Sherer and Gloria Jean Sherer
(f/k/a Gloria Jean Roberson), Individually
and James Ray Sherer as Power-of-
Attorney for Bertha M. Sherer, Appellees

Appeal from the 336th District Court of
Fannin County, Texas (Tr. Ct. No. 36332).
Opinion delivered by Justice Carter, Chief
Justice Morriss and Justice Moseley
participating.

       As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and render a take nothing judgment in favor of Patricia Sherer.

       We further order that the appellees pay all costs of this appeal.

RENDERED JANUARY 4, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk